```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY A. SPIVAK
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700
    Fax: (916) 554-2900
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-00232-GGH |
| ) | |
| Plaintiff, ) | ORDER CONTINUING |
| ) | ARRAIGNMENT |
| v. ) | |
| ) | |
| MARIA LUISA CUSTODIO ROMAN, ) | DATE: July 9, 2012 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Gregory G. Hollows |
| _____) | |

It is hereby ordered that the arraignment set for July 9, 2012 is VACATED. It is further ordered that an arraignment is set for September 24, 2012 at 9 a.m.

IT IS SO ORDERED.

Dated: July 5, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE