```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAMON WILLIAMS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    MARIA LUISA CUSTODIO ROMAN
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S 12-232 GGH |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) TO VACATE TRIAL CONFIRMATION |
| | ) HEARING AND SET FOR CHANGE OF |
| MARIA LUISA CUSTODIO ROMAN, | ) PLEA |
| Defendant. | ) |
| | ) Date: November 5, 2012 |
| _____ | ) Time: 2:00 p.m. |
| | Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Jeffery Spivak, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for MARIA LUISA CUSTODIO ROMAN, that the Court vacate the November 5, 2012 Trial Confirmation Hearing and set this case for a Change of Plea on November 5, 2012 at 2:00 p.m.

Dated: October 31, 2012
Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MARIA LUISA CUSTODIO ROMAN

Dated: October 31, 2012
BENJAMIN B. WAGNER
United States Attorney


/s/Jeffery Spivak
JEFFERY SPIVAK
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.


Dated: <u>November 1</u>, 2012


/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order -2-